E-FILED
Wednesday, 01 December, 2004  03:52:13 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| McLAUGHLIN BODY COMPANY, a corporation licensed to do business in Illinois, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | NO. 02-4057 |
| LITTLE YUKON GREENHOUSE, INC., a corporation licensed to do business in the State of Minnesota, and YUKON JACK BUCKET, INC., a corporation licensed to do business in the State of Minnesota, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION FOR APPROVAL OF CONSENT JUDGMENT**

NOW COMES the Plaintiff, McLaughlin Body Company, a corporation licensed to do business in Illinois, by and through its attorneys, Bozeman, Neighbour, Patton & Noe, LLP, and for its Motion for Approval of Consent Judgment, pursuant to the terms of the Compromise and Settlement Agreement filed herein as C.D. of Illinois Court Document number 33, and in support of this Motion Plaintiff states as follows:

1. On May 17, 2004, plaintiff and Yukon JackBucket, Inc. entered into a Compromise & Settlement Agreement, Consent to Judgment upon Default agreement relating to claims in the above captioned law suit.

2. A copy of said Agreement was filed on May 19, 2004 with the Clerk of Court for the United States District Court for the Central District of Illinois, Rock Island Division in the above captioned court file number.

3. Pursuant to the terms of said agreement, defendant, Yukon JackBucket, Inc. agreed to make certain payments to plaintiff commencing July 1, 2004. See Section III of said agreement, page 3.

4. To date, defendant has failed to make any payment to plaintiff as required of said agreement and it is in default of said agreement.

5. Pursuant to the terms of said agreement, defendant, Yukon JackBucket, Inc. agreed to entry of a consent judgment against it and that the Compromise & Settlement Agreement would form the basis of said consent judgment order. See U.S. C.D. of Illinois Court Document number 33, which is the Compromise & Settlement Agreement, at page 4, Section VI.

6. A copy of the proposed Consent Judgment Order is attached hereto as Exhibit A.

7. Plaintiff respectfully requests this court to enter Consent Judgment Order against the defendant, Yukon JackBucket, Inc., in the form of the proposed order attached hereto.

WHEREFORE, Plaintiff respectfully requests this Court to enter a Consent Judgment Order in its favor and against defendant, Yukon JackBucket, Inc., and for such other relief as this Court deems appropriate under the circumstances.

McLAUGHLIN BODY COMPANY,
Plaintiff,

By /s/ James R. Patton_____
For BOZEMAN, NEIGHBOUR, PATTON & NOE, LLP
Its Attorneys

James R. Patton
BOZEMAN, NEIGHBOUR, PATTON & NOE, LLP
Fifth Avenue Building
1630 Fifth Avenue, P.O. Box 659
Moline, IL  61266-0659
Phone:  (309) 797-0850
Fax:     (309) 764-1485
e-mail:  jpatton@bnpn.com