IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| McLAUGHLIN BODY COMPANY, a corporation licensed to do business in Illinois, | ) ) ) | |
| Plaintiff, | ) | |
| vs. | ) ) | NO. 02-CV-4057 |
| LITTLE YUKON GREENHOUSE, INC., a corporation licensed to do business in the State of Minnesota, and YUKON JACK BUCKET, INC., a corporation licensed to do business in the State of Minnesota, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I do hereby certify on December 1, 2004, I electronically filed PLAINTIFF'S MOTION FOR APPROVAL OF CONSENT JUDGMENT, together with a copy of the proposed CONSENT JUDGMENT ORDER with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Mr. Theodore G Kutsunis at binkyo1@aol.com;

and I do hereby certify that I have mailed by United States Postal Service said documents to the following non CM/ECF participants:

Mr. Jeffer Ali and Mr. Matthew Doscotch, MERCHANT & GOULD, 3200 IDS Center, 80 South 8th Street, Minneapolis, MN  55402
Mr. Dana M. Craig, LANE & WATERMAN, 224 – 18th Street, Suite 500, Rock Island, IL  61201-8739

by mailing said instrument in an envelope with postage fully prepaid, said envelope having been deposited in a United States Mailbox in Rock Island County, Illinois, on the 1st day of December, 2004.

McLAUGHLIN BODY COMPANY, Plaintiff,


By   /s/ James R. Patton
For BOZEMAN, NEIGHBOUR, PATTON & NOE, LLP
Its Attorneys

James R. Patton
BOZEMAN, NEIGHBOUR, PATTON & NOE, LLP
Fifth Avenue Building, 1630 Fifth Avenue
P.O. Box 659, Moline, IL  61266-0659
Phone:  (309) 797-0850 / Fax:  (309) 764-1485
e-mail: jpatton@bnpn.com