E-FILED
Wednesday, 15 December, 2004 04:21:48 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| MCLAUGHLIN BODY COMPANY, a Corporation licensed to do business in Illinois, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 02-4057 |
| LITTLE YUKON GREENHOUSE, INC., A corporation licensed to do business in The State of Minnesota, and YUKON JACK BUCKET, INC., a corporation Licensed to do business in the State of Minnesota, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

The Motion to Withdraw From Representation of Little Yukon Greenhouse, Inc. and Yukon Jack Bucket, Inc., (Yukon), made by counsel of record of Yukon came on for consideration by the undersigned. Based upon the Motion papers filed, including the Declaration of Theodore G. Kutsunis filed in support of the Motion, the Court finds the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the law firm of Konecky, Koenig, Kutsunis and Weng is withdrawn from representation of Yukon for all intents and purposes and is relieved from any responsibility for representation of these Defendants as of this date.

Dated:_____          _____
                                          JUDGE


## CERTIFICATION

     I hereby certify that on December 15, 2004, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification to the following: James R. Patton, and I hereby certify that I have mailed by United States Postal Service, the document to the following non-CM/ECF participant: Deloren Anderson, 36318 County Road 66, Crosslake, MN 56442.

                              By: /S/ THEODORE G. KUTSUNIS
                              1515 4th Avenue, Suite 303
                              Rock Island, IL 61201
                              Phone: (309) 786-7116
                              Fax: (309) 786-7654