E-FILED
Friday, 17 December, 2004 10:11:28 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| MCLAUGHLIN BODY COMPANY, a Corporation licensed to do business in Illinois,<br><br>    Plaintiff,<br><br>vs.<br><br>LITTLE YUKON GREENHOUSE, INC., A corporation licensed to do business in The State of Minnesota, and YUKON JACK BUCKET, INC., a corporation Licensed to do business in the State of Minnesota,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 02-4057<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF THEODORE G. KUTSUNIS

I, Theodore G. Kutsunis, having personal knowledge of the facts set forth herein, declare as follows:

1. I am a lawyer with Konecky, Koenig, Kutsunis and Weng, counsel of record for Little Yukon Greenhouse, Inc., and Yukon Jack Bucket, Inc. (Yukon) in the above captioned lawsuit and I submit this declaration in support of a Motion for permission to withdraw from representation of Yukon.

2. Konecky, Koenig, Kutsunis and Weng was retained to represent Yukon in the above captioned lawsuit on or about June 12, 2003.

3. Yukon has a past due balance with Konecky, Koenig, Kutsunis and Weng for work performed on behalf of Yukon regarding the above captioned matter. As of this

date Yukon has not paid Konecky, Koenig, Kutsunis and Weng for the outstanding fees incurred in representing these Defendants since they became involved in the case.

4. On December 7, 2004, I contacted Del Anderson of Yukon informing him that counsel for Plaintiff has filed a Motion for Approval of Consent Judgment alleging, among other things, that Defendant failed to make any payments as directed under the Compromise and Settlement Agreement executed on May 17, 2004. I requested that he contact me prior to December 15, 2004, to discuss how we were to respond to the Motion. I also advised Mr. Anderson that he still had unpaid fees due and owing for work that we had performed previously and further that if he did not contact me and make arrangements to make payments on the unpaid portion of the fees and submit a retainer for future work, I would be filing a Motion to withdraw as his counsel. A copy of said letter to Mr. Anderson dated December 7, 2004, is attached hereto as Exhibit "A".

5. I have not had any contact with Mr. Anderson since August 3, 2004, and further Deloren Anderson has not made any payments toward his outstanding balances due and owing for fees for services rendered.

6. Since I have had no contact with Mr. Anderson since August, 2004, it is impossible for counsel to properly respond to the Motion for Approval of Consent Judgment and it is difficult for counsel, due to the unpaid fees, to continue representing Mr. Anderson in this matter.

I state under penalty of perjury that the foregoing is true and correct.

Dated:_____

                                            By: /S/ THEODORE G. KUTSUNIS
                                                 1515 4th Avenue, Suite 303
                                                 Rock Island, IL 61201
                                                 Phone: (309) 786-7116
                                                 Fax: (309) 786-7654


Subscribed and sworn to before me this _____ day of December, 2004.


                                        NOTARY PUBLIC
                                        /S/ MICHELLE R. KRUEGER


### CERTIFICATION

    I hereby certify that on December 15, 2004, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification to the following: James R. Patton, and I hereby certify that I have mailed by United States Postal Service, the document to the following non-CM/ECF participant: Deloren Anderson, 36318 County Road 66, Crosslake, MN 56442.


                                            By: /S/ THEODORE G. KUTSUNIS
                                              1515 4th Avenue, Suite 303
                                              Rock Island, IL 61201
                                              Phone: (309) 786-7116
                                              Fax: (309) 786-7654

## KONECKY, KOENIG, KUTSUNIS AND WENG

| | |
|---|---|
| AN ASSOCIATION OF ATTORNEYS | JOHN P. KONECKY |
| AND PROFESSIONAL CORPORATIONS | PHILIP E. KOENIG |
| JOHN P. KONECKY, P.C. | THEODORE G. KUTSUNIS * |
| KUTSUNIS AND WENG, P.C. | MICHAEL J. WENG |

1515 4TH AVENUE, SUITE 301　　　　　　　　　　　TELEPHONE: 309/786-3313
ROCK ISLAND, ILLINOIS  61201　　　　　　　　　TELEPHONE: 309/786-7116
*Also admitted in Iowa　　　　　　　　　　　　　　FACSIMILE:  309/786-0061

December 7, 2004

Mr. Deloren Anderson
Yukon Jack Bucket, Inc.
36318 County Road 66
Crosslake, MN  56442

Re:　McLaughlin Body Company vs. Little Yukon Greenhouse, Inc. and
　　　Yukon Jack Bucket, Inc.
　　　No. 02-4057

Dear Mr. Anderson:

Please be advised that on Wednesday, December 1, 2004, counsel for McLaughlin Body Company filed a Motion For Approval of Consent Judgment alleging, among other things, that you have failed to make any payments as directed under the Compromise and Settlement Agreement you executed on May 17, 2004. Please be further advised that a hearing on this Motion is scheduled for December 17, 2004. Any response which we need to make to the entry of the Judgment needs to be made prior to December 15, 2004.

It has come to my attention that there are unpaid fees due and owing to this firm for work previously performed. Attached for your consideration and review is a copy of this firm's outstanding invoice.

Please be advised that I will be filing a Motion to Withdraw as your attorney of record at the December 17th hearing if, in fact, I have not received from you all sums currently due and payable for work previously performed and an additional $2,000.00 retainer for future work that may be required on your behalf. Please contact me immediately upon receipt of this correspondence so we may discuss this matter further.

　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　THEODORE G. KUTSUNIS

TGK/mrk
Enclosure

Exh "A"