**E-FILED**
Friday, 17 December, 2004  10:11:48 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| MCLAUGHLIN BODY COMPANY, a Corporation licensed to do business in Illinois, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 02-4057 |
| | ) | |
| LITTLE YUKON GREENHOUSE, INC., A corporation licensed to do business in The State of Minnesota, and YUKON JACK BUCKET, INC., a corporation Licensed to do business in the State of Minnesota, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION AND MOTION TO WITHDRAW FROM REPRESENTATION OF LITTLE YUKON GREENHOUSE, INC., AND YUKON JACK BUCKET, INC.

The undersigned counsel of record hereby moves the Court for permission to

withdraw from representing Little Yukon Greenhouse, Inc. and Yukon Jack Bucket, Inc.,

(Yukon).  The grounds for the Motion are set for in the declaration of Theodore G.

Kutsunis filed herewith in support of the Motion.  A proposed Order is also filed

herewith.

Dated:_____          KONECKY, KOENIG, KUTSUNIS AND
                                WENG,


                                By: /S/ THEODORE G. KUTSUNIS
                                    1515 4th Avenue, Suite 303
                                    Rock Island, IL  61201
                                    Phone:  (309) 786-7116
                                    Fax:  (309) 786-7654


## CERTIFICATION

I hereby certify that on December 15, 2004, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification to the following:  James R. Patton, and I hereby certify that I have mailed by United States Postal Service, the document to the following non-CM/ECF participant:  Deloren Anderson, 36318 County Road 66, Crosslake, MN  56442.


                                By: /S/ THEODORE G. KUTSUNIS
                                    1515 4th Avenue, Suite 303
                                    Rock Island, IL  61201
                                    Phone:  (309) 786-7116
                                    Fax:  (309) 786-7654