IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

McLAUGHLIN BODY COMPANY, a ) 
corporation licensed to do business in Illinois, )
)
Plaintiff, )
)
vs. ) NO. 02-4057
)
LITTLE YUKON GREENHOUSE, INC., a )
corporation licensed to do business in the )
State of Minnesota, and YUKON JACK BUCKET, )
INC., a corporation licensed to do business in )
the State of Minnesota, )
)
Defendants. )

FILED
DEC 1 7 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**CONSENT JUDGMENT ORDER**

This cause comes on for hearing on this 17th day of December, 20 04 on plaintiff's Motion for Approval of Consent Judgment. This Court finds that defendants are in default upon the terms of the parties' Compromise and Settlement Agreement and Consent to Judgment Upon Default; Yukon JackBucket, Inc. is six (6) months in arrears in payments due per the terms of said Agreement; and the sum of $15,000.00 is now past due as of December 1, 2004 upon the terms of said Agreement. This Court, after having reviewed the pleadings and otherwise being fully advised in the premises, Orders as follows.

IT IS ORDERED and ADJUDGED that Plaintiff's Motion for Approval of Consent Judgment is GRANTED.

IT IS FURTHER ORDERED AND ADJUDGED that:

1. Judgment is entered in favor of McLaughlin Body Company and against Yukon Jack Bucket, Inc., and damages in the amount of $130,000.00 are awarded to plaintiff, McLaughlin Body Company, plus interest at the rate of nine percent (9%) per annum on sums past due commencing July 1, 2004 until paid in full.

2.  IT IS FURTHER ORDERED that Defendant shall pay plaintiff's attorney's fees incurred to enforce the terms of the Agreement filed with the Court on May 19, 2004, in the sum of $ 100.00      pursuant to the terms of the Compromise and Settlement Agreement filed with this Court on May 19, 2004.

Dated:   12/17/04                       S/John A. Gorman
                                                     JUDGE

Order prepared by:
James R. Patton
BOZEMAN, NEIGHBOUR, PATTON & NOE, LLP
Fifth Avenue Building
1630 Fifth Avenue
P.O. Box 659
Moline, IL  61266-0659
Phone:  (309) 797-0850
Fax: (309) 764-1485
e-mail: jpatton@bnpn.com