AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Friday, 17 December, 2004  02:00:53 PM
Clerk, U.S. District Court, ILCD

United States District Court
_____ CENTRAL DISTRICT OF ILLINOIS _____

# JUDGMENT IN A CIVIL CASE

**McLaughlin Auto Body, a corporation licensed to
do business in Illinois**

vs.                                                                 Case Number:    **02-4057**

**Little Yukon Greenhouse Inc., a corporation licensed
to do business in the state of Minnesota**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that consent judgment is entered in favor of the plaintiff and against the defendant pursuant to the Consent Order entered on 12/17/04. Attorneys fees are awarded to the plaintiff and against the defendant in the amount of $100.00------------------------------------------------------------
-

ENTER this 17th day of December, 2004

JOHN M. WATERS, CLERK

S/Denise Koester

_____
BY:  DEPUTY CLERK