E-FILED
Tuesday, 29 March, 2005 11:11:50 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| McLAUGHLIN BODY COMPANY, a corporation licensed to do business in Illinois,<br>      Plaintiff,<br>vs.<br>LITTLE YUKON GREENHOUSE, INC., a corporation licensed to do business in the State of Minnesota, and YUKON JACK BUCKET, INC., a corporation licensed to do business in the State of Minnesota,<br>      Defendant. | NO. 02-4057 |

**YOUR FAILURE TO APPREAR AT THIS**
**HEARING MAY RESULT IN YOUR ARREST**

CITATION TO DISCOVER ASSETS

TO: Yukon Jack Bucket, Inc., by its CEO, Deloren E. Anderson at 36318 County Rd. 66, Crosslake, MN 56442

YOU ARE HEREBY COMMANDED to appear before the judge presiding in the United States District Court, Central District of Illinois, Federal Building, 211 – 19th Street, Rock Island, Illinois 61201 on **May 18, 2005 at 1:30 p.m.** to be examined under oath to discover assets or income not exempt from the enforcement of the judgment.

A judgment against Yukon Jack Bucket, Inc. was entered on December 17, 2004, in the amount of $130,000.00 plus costs and statutory interest.

YOU ARE COMMANDED to produce at the examination: All books, papers or records in your possession or control which may contain information concerning the property or income of, or indebtedness due judgment debtor, including but not limited to:

1. Your income tax returns and the income tax returns for any partnership, corporation or other entity in which you have an interest greater than five percent (5%) of the past three (3) years inclusive.
2. Checking account statements for the last three (3) years on all of your bank accounts.
3. Copies of all financial statements and/or loan applications made by you within the last three (3) years.
4. Copies of any stocks (common and preferred), bonds, (United States, state and municipal), and other investment securities of any kind, including land trust interests, beneficial interest statements in land trusts or trusts of any kind, and partnerships and limited partnerships in which you have or have had any interest.
5. The most recent savings and loan passbook, savings account passbook, credit union savings passbook, any certificate of deposit in which you have any interest or any other savings plan or savings account in which you have an interest.
6. A list of all of the contents of any safety deposit box to which you have a right of access or in which property owned by you is contained, and specifying the institutions where the safety deposit box is located, and the box number, and everyone who has a key to each box.
7. All life insurance, endowment, annuity, and retirement policies or other similar policies in which you have or may have an interest and which have or may have cash redemption or loan provisions.
8. Copies of deeds of conveyance, whether recorded or otherwise, as to any real estate which you now own, have owned or in the future will hold an equitable or legal interest.
9. Certificates of title to all motor vehicles, trucks, tractors, farm machinery, boats, travel trailers, campers, and licensable vehicles of any kind which are owned by you or in which you claim to have an interest, together with a list of all similar motor vehicles requested in this paragraph which have been purchased or disposed of during the past three (3) years.
10. Written records evidencing any property transfers made by you to any person or entity during the last six (6) years.
11. All documents pertaining to the Jack Bucket, including those evincing patents or pending patents.

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which the judgment debtor may be entitled or which may be acquired by or become due to the judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to the judgment debtor, until further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the balance due.

**WARNING: YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.**

WITNESS: *John M. Waters*
by *[signature]*, Deputy Clerk
CLERK OF COURT

Service and/or Return.................................................. $_____

Mileage................................................................ $_____

Total    ................................................................ $_____

I certify that I served this Summons on defendants as follows:
(Check appropriate box, and complete information below)

☐ (a) – (individual defendants-personal):
By leaving a copy and a copy of the complaint with each individual defendant personally

☐ (b) – (individual defendants-abode):
By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents and also by sending a copy of the Summons in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode.

☐ (c) – (Corporation defendants):
By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation.

☐ (d) – (Other service):

Name of Defendant_____        Name of Defendant_____

Name of Person
Summons given to_____         Name of Person
Summons given to _____

Sex ____ Race_____ Approx Age ____          Sex ____ Race_____ Approx Age ____

Place of Service _____       Place of Service _____

_____          _____

Date of Service _____ Time _____       Date of Service _____ Time _____

Date of Mailing _____       Date of Mailing _____

By _____, Deputy         By _____, Deputy

☐ (e) – (Not found):
☐
The within named _____ not found in this County this _____day of _____,20____.

REASON: _____. By _____, Deputy

Signed and Sworn to Before Me

_____, 20_____

_____
(Notary Public)