IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| McLAUGHLIN BODY COMPANY, a corporation licensed to do business in Illinois,<br>        Plaintiff,<br>vs.<br>LITTLE YUKON GREENHOUSE, INC., a corporation licensed to do business in the State of Minnesota, and YUKON JACK BUCKET, INC., a corporation licensed to do business in the State of Minnesota,<br><br>        Defendant. | NO. 02-4057 |

## CERTIFICATE OF ATTORNEY FOR JUDGMENT CREDITOR

Judgment Amount: $130,000.00, plus 9% statutory interest from 12/17/04
Balance Due: $130,333.70 on March 31, 2005.

Date of Judgment:   December 17, 2004

Name of Court Entering Judgment: United States District Court, Central District of Illinois, Rock Island Division, Rock Island, Illinois

Case No.: 02-4057

The undersigned certified, under penalties provided by law pursuant to 735 ILCS 5/1-109, that the information contained herein is true and correct.

/s/ James R. Patton
Attorney for Plaintiff

Name: James R. Patton

Address: 1630 5th Avenue
     P.O. Box 659
     Moline, IL  61266-0659

Phone: (309) 797-0850