IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

McLAUGHLIN BODY COMPANY, a
corporation licensed to do business in Illinois,
                          Plaintiff,

vs.                                       NO. 02-4057

LITTLE YUKON GREENHOUSE, INC., a corporation
licensed to do business in the State of Minnesota,
and YUKON JACK BUCKET, INC., a corporation
licensed to do business in the State of Minnesota,

                          Defendant.

<u>YOUR FAILURE TO APPREAR AT THIS
HEARING MAY RESULT IN YOUR ARREST</u>

**CITATION TO DISCOVER ASSETS**

**TO:**    <u>Yukon Jack Bucket, Inc., by its CEO, Deloren E. Anderson at 36318 County Rd. 66, Crosslake, MN 56442</u>

YOU ARE HEREBY COMMANDED to appear before the judge presiding in the United States District Court, Central District of Illinois, Federal Building, 211 – 19th Street, Rock Island, Illinois 61201 on **May 18, 2005 at 1:30 p.m.** to be examined under oath to discover assets or income not exempt from the enforcement of the judgment.

A judgment against Yukon Jack Bucket, Inc. was entered on December 17, 2004, in the amount of $130,000.00 plus costs and statutory interest.

YOU ARE COMMANDED to produce at the examination: All books, papers or records in your possession or control which may contain information concerning the property or income of, or indebtedness due judgment debtor, including but not limited to:

1. Your income tax returns and the income tax returns for any partnership, corporation or other entity in which you have an interest greater than five percent (5%) of the past three (3) years inclusive.
2. Checking account statements for the last three (3) years on all of your bank accounts.
3. Copies of all financial statements and/or loan applications made by you within the last three (3) years.
4. Copies of any stocks (common and preferred), bonds, (United States, state and municipal), and other investment securities of any kind, including land trust interests, beneficial interest statements in land trusts or trusts of any kind, and partnerships and limited partnerships in which you have or have had any interest.
5. The most recent savings and loan passbook, savings account passbook, credit union savings passbook, any certificate of deposit in which you have any interest or any other savings plan or savings account in which you have an interest.
6. A list of all of the contents of any safety deposit box to which you have a right of access or in which property owned by you is contained, and specifying the institutions where the safety deposit box is located, and the box number, and everyone who has a key to each box.
7. All life insurance, endowment, annuity, and retirement policies or other similar policies in which you have or may have an interest and which have or may have cash redemption or loan provisions.
8. Copies of deeds of conveyance, whether recorded or otherwise, as to any real estate which you now own, have owned or in the future will hold an equitable or legal interest.
9. Certificates of title to all motor vehicles, trucks, tractors, farm machinery, boats, travel trailers, campers, and licensable vehicles of any kind which are owned by you or in which you claim to have an interest, together with a list of all similar motor vehicles requested in this paragraph which have been purchased or disposed of during the past three (3) years.
10. Written records evidencing any property transfers made by you to any person or entity during the last six (6) years.
11. All documents pertaining to the Jack Bucket, including those evincing patents or pending patents.

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which the judgment debtor may be entitled or which may be acquired by or become due to the judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to the judgment debtor, until further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the balance due.

**WARNING: YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.**

WITNESS: _John M. Waters_
by _Denise Koester, Deputy Clerk_
CLERK OF COURT



Service and/or Return.................................................$ _40.00_

Mileage...........................................................................$ _____

Total       ...........................................................................$ _40.00_

I certify that I served this Summons on defendants as follows:
(Check appropriate box, and complete information below)

☐ (a) – (individual defendants-personal):
By leaving a copy and a copy of the complaint with each individual defendant personally

☐ (b) – (individual defendants-abode):
By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents and also by sending a copy of the Summons in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode.

☒ (c) – (Corporation defendants):
By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation.

☐ (d) – (Other service):

Name of Defendant _Yukon Jack Bucket, Inc_  _Little Yukon Greenhouse Inc_  Name of Defendant _____

Name of Person
Summons given to _Deloren (Del) Anderson - CEO_    Name of Person Summons given to _____

Sex _M_  Race _____  Approx Age _60_     Sex ___ Race _____ Approx Age ___

Place of Service _36318 County Rd 66_     Place of Service _____

_Crosslake MN 5_   _____

Date of Service _4-12-2005_ Time _1850 HRS_  Date of Service _____ Time _____

Date of Mailing _____       Date of Mailing _____

By _____#111_____, Deputy    By _____, Deputy

☐ (e) – (Not found):
☐
The within named _____ not found in this County this ____ day of _____, 20 ___.

REASON: _____ By _____, Deputy

Signed and Sworn to Before Me

_Betty L. Furstenberg_

_April 12, 2005_
(Notary Public)

BETTY L. FURSTENBERG
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2010



STATE OF MINNESOTA                                   COUNTY OF CROW WING

## CERTIFICATE OF SERVICE

I, _Kelly Park_____, hereby certify that on the _12th_ day of _April_, 2005 at _1850_ .M., at _36318 Co Rd 66_____ in the City of _Crosslake_, in the County of Crow Wing, State of Minnesota, I duly served the following:

____ Debt Validation Notice  
____ Eviction Summons and Complaint in Unlawful Detainer  
____ Notice of Cancellation of Contract for Deed  
____ Notice of Default and Right to Cure  
____ Notice of Hearing  
____ Notices of: Mortgage Foreclosure Sale, Help for Homeowners, Homestead and Separate Tract Designations  
____ Notice of Motion, Motion, Affidavit  
____ Notice to Establish Child Support, Summons and Complaint, Proposed Order, Supporting Documents  

____ Order Apprehension, Confinement, Notice of Hearing, Petition for Judicial Commitment, Statement of Rights  
____ Order to Show Cause, Judge's Signature Exhibited  
____ Request for Production of Documents, Interrogatories  
____ Statement of Claim and Summons  
____ Subpoena: Witness Fees $ _____  
____ Summons and Complaint  
____ Summons and Petition  
____ Writ of Recovery  
_X_ Other _Citation To Discover Assets_  
_Citation Notice, Certificate_  
_of Attorney for Creditor_  

**Orders for Protection**  
____ Emergency (Exparte) Order for Protection, Affidavit, Instruction Sheet, Blank Petition for Hearing  
____ Order for Hearing, Affidavit, Petition for Order for Protection  
____ Order for Protection following Hearing  

**Order Upon Petition for Harassment Restraining Orders**  
____ Order for Dismissal  
____ Order for Relief  
____ Denial, Order for Hearing  
____ HRO Following Hearing  

UPON THE FOLLOWING PARTY: (Party Named On Document) _Little Yukon Greenhouse, Inc + Yukon Jack Bucket, Inc_  
_X_ By personally leaving a copy with _Delorem Anderson - CEO_____  
____ By leaving a copy at the place of _____'s usual abode with _____ a person of suitable age and discretion then residing therein.

## ACKNOWLEDGEMENT OF SERVICE

I, _Refused to Sign_____, hereby acknowledge that I received the above papers, from the named deputy.  
Signature*

*Signing this acknowledgement is only an admission that you have received the papers and does not waive any other defenses.

## CERTIFICATE OF UNSERVED PROCESS

I, _____, hereby certify that after diligent search, I have been unable to find the within named person, _____, within Crow Wing County.

___ Person Unknown at Address  
___ No Such Address  
___ Person Moved, New Address Unknown  

___ Vacant and Unoccupied  
___ Service Cancelled by Litigant  
___ Unable to Get Response  

**Eric Klang, Sheriff**  
By: _____, Deputy  
Dated this _12th_ day of _April_, 2005  

Sheriff's Fee $ _40_